IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>RONALD GLENN CAMPER,<br>        Defendant. | 8:04CR34<br><br>ORDER |

Defendant Ronald Glenn Camper appeared before the court on Thursday, April 16, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [29]. The defendant was represented by Assistant Federal Public Defender Jeffrey Thomas for Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 4, 2009 at 2:30p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 16th day of April, 2009.

                                              BY THE COURT:

                                              s/ F. A. Gossett<br>                                              United States Magistrate Judge